# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

Stephen J. Markman,
Chief Justice

156789 & (84)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LARRY SHEARS and MARGARET FRALICK,
      Plaintiffs-Appellants,

v

                                    SC: 156789
                                    COA: 329776
                                    Genesee CC: 14-103476-CZ

DOUGLAS BINGAMAN, individually and as
CITY OF FLINT TREASURER, DARNELL
EARLEY, individually and as CITY OF FLINT
EMERGENCY MANAGER, and CITY OF
FLINT,
              Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 24, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Genesee Co Drain Comm'r Jeffrey Wright v Genesee Co* (Docket No. 156579) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      CLEMENT, J., did not participate due to her prior involvement as chief legal counsel for the Governor.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



                          Clerk

s0523